IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:08cr048

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| VICTOR MANUEL MORALES YAX, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Material Witness Warrant for Abraham Ren Aguilar. [Doc. 20].

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 20] is hereby **GRANTED** and the material witness warrant issued against Abraham Ren Aguilar is hereby **DISMISSED**.

Signed: June 3, 2008

Martin Reidinger
United States District Judge